**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| George Esmid Colon Suarez,<br>Petitioner, | : | No. 26-cv-8185-JMY |
| vs. | : | |
| JAMISON, J.L., Warden, *et al.*<br>Respondents. | : | |

**Order to Show Cause**

**AND NOW**, this 27th day of October 2026, upon consideration of the Petition for Writ of Habeas Corpus (hereinafter "Petition") (ECF No. 1) filed by the Petitioner, a Rule to Show Cause is hereby issued upon the Government to show cause why the Petition for habeas relief should not be granted. The Government shall show cause in a written response filed on the docket on or before **Thursday, October 27, 2026**, unless the Government shows that good cause for additional time is necessary. *See* 28 U.S.C. § 2243.

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the above-captioned habeas corpus petition is pending.

The Clerk of Court is Ordered to immediately serve a copy of the Petition for Writ of Habeas Corpus on the United States Attorney's Office for the Eastern District of Pennsylvania via mail or the Court's electronic filing system.

**IT IS SO ORDERED**.

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**